CHARLES J. ROUSSEL, Respondent, *v.* ARMITAGE MATHEWS, as Receiver of PLOCK, STEINBACH & MURRAY, et al., Appellants, Impleaded with Others.

*Roussel* v. *Mathews*, 62 App. Div. 1, affirmed.
(Argued April 4, 1902; decided April 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June

15, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*William S. Bennet* for appellants.

*Daniel Whitford* and *William Lloyd Kitchel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.